Form 8

**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Internet Patents Corporation _____ v. QuinStreet, Inc. _____

No. 14-1062

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:     QuinStreet, Inc. _____
                                        Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant

[ ] Appellant    [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Thomas F. Fitzpatrick |
| Law firm: | Pepper Hamilton LLP |
| Address: | 555 Twin Dolphin Drive, #310 |
| City, State and ZIP: | Redwood City, CA 94065-2133 |
| Telephone: | 650-620-9550 |
| Fax #: | 650-620-9594 |
| E-mail address: | fitzpatrickt@pepperlaw.com |

Statement to be completed by counsel only (select one):

[✓]  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ]  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ]  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/18/05 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

November 18, 2013                              /s/ Thomas F. Fitzpatrick

Date                                    Signature of pro se or counsel

cc: All Counsel of Record
_____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on November 18, 2013 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Thomas F. Fitzpatrick | /s/ Thomas F. Fitzpatrick |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm        Pepper Hamilton LLP

Address         555 Twin Dolphin Drive, #310

City, State, ZIP    Redwood City, CA 94065-2133

Telephone Number    650-620-9550

FAX Number      650-620-9594

E-mail Address     fitzpatrickt@pepperlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.